IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELIAN BREWER,** | 2:02-cv-0312 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **DARRYL ADAMS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's application for a 45-day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on April 27, 2006.

Dated: February 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1