1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELIAN BREWER,** | CIV S-02-0312 MCE GGH HC |
| Petitioner, | **ORDER** |
| v. | |
| **DARRYL ADAMS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, Respondent's application for a 30-day extension of time in which to file a response in this matter is hereby GRANTED.  Respondent's response is due on May 27, 2006.

Dated: 5/5/06

/s/ Gregory G. Hollows
_____
The Honorable Gregory G. Hollows

brew0312.po

[Proposed] Order

1