IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DELIAN BREWER,** | CIV S-02-0312 MCE GGH HC |
| Petitioner, | **ORDER** |
| v. | |
| **DARRYL ADAMS, Warden,** | |
| Respondent. | |

    GOOD CAUSE APPEARING, Respondent's application for a 30-day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on September 23, 2006.

Dated: 8/28/06                           /s/ Gregory G. Hollows

                                                   _____
                                                   GREGORY G. HOLLOWS
                                                   UNITED STATES MAGISTRATE JUDGE

brew0312.po2

[Proposed] Order