MATTHEW ALGER, #132853
290 Shaw Avenue, Suite A
Clovis, CA 93612
Telephone: (559) 324-0310

Attorney for Petitioner
DELIAN BREWER

IN THE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIAN BREWER,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DARRYL ADAMS, Warden,<br><br>　　　　Respondent.<br>_____ | NO. CIV S-02-0312 MCE GGH HC<br><br>**ORDER GRANTING EXTENSION OF TIME TO SEEK EXPANSION OF THE RECORD OR RENEW MOTION FOR EVIDENTIARY HEARING** |

GOOD CAUSE APPEARING THEREFOR, petitioner's application for a 30-day enlargement of the time in which to file a stipulation or motion to expand the record, or renew his motion for an evidentiary hearing, is GRANTED. Petitioner has until December 12, 2006, in which to file such stipulation, motion or renewed motion.

　　Dated:11/15/06

　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

brew0312.eot

_____
Brewer v. Adams, CIV S-02-0312
[Proposed] Order Granting
Request for Extension of Time