MATTHEW ALGER, #132853
290 Shaw Avenue, Suite A
Clovis, CA 93612
Telephone: (559) 324-0310

Attorney for Petitioner
DELIAN BREWER

IN THE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELIAN BREWER,<br><br>   Petitioner,<br><br>   v.<br><br>DARRYL ADAMS, Warden,<br><br>   Respondent. | NO. CIV S-02-0312 MCE GGH HC<br><br>**ORDER GRANTING EXTENSION OF TIME TO SEEK EXPANSION OF THE RECORD OR RENEW MOTION FOR EVIDENTIARY HEARING** |

GOOD CAUSE APPEARING THEREFOR, petitioner's second request to enlarge the time in which to file a stipulation or motion to expand the record, or renew his motion for an evidentiary hearing, is GRANTED. Petitioner has until December 26, 2006, in which to file such stipulation, motion or renewed motion.

Dated: 12/18/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

brew0312.po4

_____
Brewer v. Adams, CIV S-02-0312
[Proposed] Order Granting
Second Request for Extension of Time