IN THE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELIAN BREWER,                       ) NO. CIV S-02-0312 MCE GGH HC
                                     )
                Petitioner,          ) **ORDER GRANTING UNOPPOSED MOTION**
                                     ) **TO EXPAND RECORD**
     v.                              )
                                     )
DARRYL ADAMS, Warden,                )
                                     )
                Respondent.          )
_____)

Petitioner Delian Brewer's motion to expand the record was filed on December 18, 2006, setting the motion for hearing, in accordance with Local Rule 78-230(b), on the court's January 25, 2007, calendar at 10:00 a.m. Respondent has filed no written response, in the form of either an opposition or a non-opposition to the motion, and the time for doing so has expired.  Respondent has failed to comply with the Local Rules.

"No party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party."  Local Rule 78-230(c), citing Local Rules 5-135(a) and 6-136(a).

\\\\\

1            Respondent's failure to respond to the motion renders it
2 unopposed.
3            Accordingly, IT IS ORDERED that:
4            1.  The hearing on petitioner's motion to expand the
5 record, set for January 25, 2007, is VACATED; and
6            2.  Petitioner's unopposed motion to expand the record,
7 filed on December 18, 2006, is granted and the record in this habeas
8 corpus proceeding is expanded to include copies of the following: (1)
9 respondent's amended answers to interrogatories, set no. one; (2)
10 respondent's answer to request for production of documents, set no.
11 one, and copies of documents included therewith attached to the motion
12 to expand; and (3) the Declaration of Delian Brewer in Support of
13 Motion for Expansion of Record signed on December 14, 2006.

15 Dated: 1/23/07
16                                        /s/ Gregory G. Hollows
17                                        UNITED STATES MAGISTRATE JUDGE
18 GGH:009
brew0312.exp