IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DELIAN BREWER,                                No. 2:02-cv-00312-MCE-CHS P

    Petitioner,

  vs.                                            ORDER

DARREL G. ADAMS, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's February 9, 2009 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

///

///

1

A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the denial of a constitutional right in the following issues presented in the instant petition:

1. That petitioner was denied the effective assistance of counsel by his trial counsel's decision to present an alibi defense; and
2. That petitioner was deprived of his right to a fair trial by joinder of the 1994 home invasion robbery with the 1995 murder/robbery.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

Dated: February 27, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. Jennings, at 1010.